08 CV 03310

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EASTERN OCEAN TRANSPORTATION
CO. LTD.,                                              1:08-cv-_____

        Plaintiff(s),

  -against-                                           RULE 7.1 STATEMENT

AMN BULK CARRIERS INC.,

        Defendant(s).
----------------------------------------X

RECEIVED APR 02 2008 U.S.D.C. S.D. N.Y. CASHIERS

PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, EASTERN OCEAN TRANSPORTATION CO. LTD. ("EASTERN"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of EASTERN.

Dated:   New York, NY

     April 2, 2008

                                Respectfully submitted,

                                MAHONEY & KEANE, LLP
                                Attorneys for Plaintiff
                                EASTERN OCEAN TRANSPORTATION
                                CO. LTD.

               By: _____
                      Edward A. Keane (EK 1398)
                      111 Broadway, 10th Floor
                      New York, NY 10006
                      Tel. (212) 385-1422
                      Fax (212) 385-1605
                      File No. 12/3562/B/08/4