USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
EASTERN OCEAN TRANSPORTATION
CO. LTD.,

           Plaintiff,

     -against-

AMN BULK CARRIERS INC.,

           Defendant.
---------------------------------------X

08 Civ. 03310 (TPG)

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE

PLEASE TAKE NOTICE, that Plaintiff hereby voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:   New York, NY
          July 3, 2008

                        Respectfully submitted,

                        MAHONEY & KEANE, LLP
                        Attorneys for Plaintiff

      By: _____
            Garth S. Wolfson (GW 7700)
            11 Hanover Square, Tenth Floor
            New York, New York 10005
            Tel. (212) 385-1422
            Fax. (212) 385-1605
            File No. 12/3562/B/08/4

U.S.D.J.

Part T